**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Harry Ramone BAPTISTE, Defendant—Appellant.**

**No. 11–7077.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 18, 2011.

Harry Ramone Baptiste, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry Ramone Baptiste appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). We affirm. Because the amendment in question did not lower Baptiste's Guidelines sentence, we find the district did not abuse its discretion denying the motion. *United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004) (stating standard of review). Accordingly, we af-

firm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*